AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| COLONIAL SURETY COMPANY  )  <br> *Plaintiff*  )  <br> v.  ) <br> DME CONSTRUCTION ASSOC., PETER CHARDON, and  ) <br> DARLENE EDWARDS  ) <br> *Defendant*  ) | Civil Action No.   1:09-CV-956 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

**X** the plaintiff   Colonial Surety Company   recover from the defendant *(name)*   DME Construction Associates, et al.   the amount of five hundred fifty six thousand, four hundred forty nine dollars and seventy six cents   dollars ($ 556,449.76 ).

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

☐ decided by Judge or Magistrate Judge _____ on a motion for

Date:   9/30/2011          *CLERK OF COURT*   MARY E. D'ANDREA