AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| COLONIAL SURETY COMPANY ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   1:09-CV-956 |
| DME CONSTRUCTION ASSOC., PETER CHARDON, and ) | |
| DARLENE EDWARDS ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

**X**  the plaintiff   Colonial Surety Company   recover from the defendant *(name)*   DME Construction Associates, et al.   the amount of five hundred fifty six thousand, four hundred forty nine dollars and seventy six cents   dollars ($   556,449.76   )

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

☐  other:


This action was *(check one)*:

☐  tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge or Magistrate Judge _____ without a jury and the above decision

☐  decided by Judge or Magistrate Judge _____ on a motion for


Date:   9/30/2011                              *CLERK OF COURT*   MARY E. D'ANDREA